**DISMISS; and Opinion Filed February 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-01052-CV
_____

### DENISE BUSTILLOS, Appellant
### V.
### BANK OF AMERICA, N.A., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03356-E**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Fillmore

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed because appellant has failed to file a brief. Appellant did not file a response to appellee's motion to dismiss.

In a post-card notice dated December 2, 2014, the Court informed appellant that her brief was past due. We instructed appellant to file a brief along with an extension motion within ten days and cautioned her that failure to do so would result in dismissal of her appeal. *See* TEX. R. APP. P. 38.8(a)(1). As of today's date, appellant has not filed a brief. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
141052F.P05                                        JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DENISE BUSTILLOS, Appellant

No. 05-14-01052-CV      V.

BANK OF AMERICA, N.A., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas.
Trial Court Cause No. CC-14-03356-E.
Opinion delivered by Justice Fillmore.
Justices Bridges and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF AMERICA N.A. recover its costs of this appeal from appellant DENISE BUSTILLOS.

Judgment entered this 3rd day of February, 2015.